UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUL 2 3 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>   vs.  )<br>  )<br>DEONDRE HILL,  )<br>   and  )<br>BILLY WILLIAMS,  )<br>  )<br>           Defendants.  )<br>  ) | No. _____<br><br>4:15CR341 HEA/NCC |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 19, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**DEONDRE HILL,**

the defendant herein, having been convicted previously of one or more felony crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about March 19, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**DEONDRE HILL,**
and
**BILLY WILLIAMS,**

the defendants herein, acting together, did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT THREE

The Grand Jury further charges that:

On or about March 19, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**DEONDRE HILL,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

### COUNT FOUR

The Grand Jury further charges that:

On or about April 14, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**BILLY WILLIAMS,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
CRISTIAN M. STEVENS, #48028MO
Assistant United States Attorney