# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## First Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Deondre Hill                                           Docket No.: 4:15CR00341-1 **MTS**

Name of Sentencing Judicial Officer: Originally sentenced by the Honorable Henry E. Autrey, United States District Judge. **Case transferred to the Honorable Matthew T. Schelp, United States District Judge on December 8, 2021**

Date of Original Sentence: May 18, 2016

Original Offense: Felon in Possession of a Firearm

Original Sentence: 81 months imprisonment and 2 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: March 22, 2021
                                                                                             Expiration Date: March 21, 2023

Assistant U.S. Attorney: Christian M. Stevens                           Defense Attorney: John M. Lynch

## PETITIONING THE COURT

**X**   **To amend the original petition to include updated information regarding Hill's new federal indictment and a case Judge reassignment.  The new information has been bolded to aid the Court in identification.**

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**
General Condition: The defendant shall not commit another federal, state, or local crime.

General Condition: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

General Condition: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Nature of Noncompliance**
On October 12, 2021, Hill was arrested by St. Louis Metropolitan Police Department for Suspect Possession of a Controlled Substance (F); Suspect Kidnapping (F); Suspect Stealing Motor Vehicle (F);

Suspect Resist Arrest or Stop (M); Unlawful Possession Firearm (F); Unlawful Possession Weapon FL Cntl Substance; Tampering with a Motor Vehicle 2nd (M). Warrants were issued for all charges except Suspect Kidnapping (F) and Suspect Stealing Motor Vehicle (F). On October 22, 2021, Hill was released on bond to GPS monitoring.

The case **was** pending in the 22nd Judicial Circuit, Division 26, case number 2122-CR01518 with a subsequent court date of November 23, 2021 at 9:15 AM **at the time the original petition was filed.**

**On December 1, 2021, Hill was indicted in the Eastern District of Missouri for Conspiracy to Distribute Fentanyl in Excess of 40 Grams; Possession with Intent to Distribute Fentanyl; Possession with Intent to Distribute Methamphetamine; Possess a Firearm in Furtherance of One or More Drug Trafficking Crimes; and Felon in Possession of a Firearm, docket no. 4:21CR00669 MTS. This case is currently pending.**

According to the offense report, on October 12, 2021 at approximately 11:30 am, police were alerted to a stolen vehicle operating in the area of Goodfellow and Dr. Martin Luther King. Surveillance on the vehicle where it was parked at 5300 Cote Brilliante (Arm & Arm Motors) revealed numerous passengers moving back and forth between the business and the vehicle. After prolonged surveillance, the vehicle pulled away. Police deployed department issued spike strips deflating both front tires. The driver immediately fled in the vehicle at a high rate of speed. One detective observed the front seat passenger, later identified as Hill discard a pistol from the front passenger window on to Goodfellow north of Cabanne. The pistol, a Glock 21 pistol (SN- BRGM242), containing (7) rounds with one round in the chamber, was seized from the street by another detective. The vehicle continued at a high rate of speed until it crashed into a concrete planter and electrical signal at Delmar. Three passengers, one being Hill, were observed fleeing on foot. Police observed Hill enter the rear seat of a Chevy Equinox. One of the detectives caught up and pulled Hill from the Equinox. The driver of the Equinox stated Hill entered the backseat of her vehicle, yelling "Go. Go. Go." Fearing she was being carjacked, the driver quickly exited the vehicle leaving Hill in the backseat. After the subjects were taken into custody, a search of the stolen vehicle revealed the following: a Kel-Tec 5.56mm rifle (SN- PD058), containing (24) rounds with (1) in the chamber on the floorboard of the rear passenger seat; from the driver's area, a Glock 21 pistol (SN- AERU885), containing (13) rounds with (1) in the chamber and numerous capsules containing white powder and clear baggie with powder; from the front passenger area (where Hill had been seated), numerous capsules containing white powder and clear baggie with powder; from the rear driver's side area, a brown and black Louis Vuitton man-bag containing a large amount of US Currency and a zip-lock bag containing two knotted baggies of white powder (Floorboard), a black jacket containing a large, knotted baggie of white powder inside right pocket, numerous capsules containing white powder, and US currency strewn around the seat. Hill was subsequently taken into custody on the aforementioned charges.

Regarding this violation, Hill stated he was getting a ride to a community program called Career Violence. He stated he did not know the others in the vehicle had illegal contraband. He was in the wrong place at the wrong time. He declined to make any further statement.

**Violation Number**
Standard Condition No. 9: the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

**Nature of Noncompliance**
According to the offense report, two of the additional passengers were convicted felons barred from possessing firearms.

Regarding this violation, Hill stated he accepted a ride to get to his community program. He did not know there was illegal contraband in the vehicle.

**Violation Number**
Special Condition: The defendant shall participate in a substance abuse treatment program approved by the probation office, which may include substance abuse testing, counseling, Residential Reentry Center placement, residential or inpatient treatment.

Special Condition: The defendant shall participate in a mental health evaluation and shall follow any recommendations of such and/or shall participate in a mental health program approved by the probation office.

**Nature of Noncompliance**
Hill failed to report for required drug testing at his designated testing site on October 11, 2021.

Hill additionally failed to report for required dual diagnosis counseling at Risse Counseling on September 8, 2021.

Regarding this violation, Hill stated he rescheduled his appointment to September 22, 2021 after he realized he missed the session. Hill did not call the drug testing line on October 11, 2021.

**Previous Violations**
The Court was notified on May 27, 2021 that Hill had tested positive for marijuana. Hill received a verbal reprimand and was required to participate in treatment counseling sessions monthly.

The Court was notified on September 13, 2021 that Hill had tested positive for marijuana and Fentanyl and failed to attend dual diagnosis treatment as required. Hill was screened for participation in gang court but was denied entry. He was redirected to his counseling sessions, a psychiatric evaluation was added to his treatment plan, and he was issued a written reprimand.

**U.S. Probation Officer Recommendation:  It is recommended that the original petition be amended to include the new information and that the term of supervised release be revoked.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 29, 2021**

Approved,   Respectfully submitted,

by   by

John G. Ross   Koda I. Hendrix
Supervising U.S. Probation Officer   Senior U.S. Probation Officer
Date: **December 30, 2021**   Date: **December 29, 2021**

---

THE COURT ORDERS:

☒   **Amend the Initial Petition As Noted Above**
☐   No Action
☐   The Issuance of a Warrant
☐   The Issuance of a Summons
            Appearance Date:
            Appearance Time:
            Courtroom Number:
☐   Other

Signature of Judicial Officer

December 30, 2021
Date

I:\Supervision\12C\Hill, Deondre 12C 415CR00341-1 MTS 12-29-2021.docx